THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00051-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> (1) LLOYD DODWELL and ) <br> (2) DARREN HILL, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Information [Doc. 11].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 11] is **GRANTED**, and the Bill of Information filed in the above-captioned case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: August 13, 2014

Martin Reidinger
United States District Judge